**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARMELITA GARCES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITIBANK, N.A.,<br><br>　　　　Defendant. | **Case No.: 5:16-cv-01863-LHK**<br><br>**[PROPOSED] ORDER** |

LA01\LEECA\730196.1

1. Based upon the Joint Stipulation of Dismissal by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice. Each party to bear its own attorneys' fees and costs. The clerk shall close the case.

**IT IS SO ORDERED.**

Dated: December 8, 2016

_____
Hon. Lucy H. Koh